# IN THE SUPREME COURT OF THE STATE OF NEVADA

HOWARD & HOWARD ATTORNEYS PLLC, A FOREIGN LIMITED LIABILITY COMPANY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ELIZABETH GOFF GONZALEZ, DISTRICT JUDGE,
Respondents,
and
SUNRIDGE CORPORATION, A NEVADA CORPORATION,
Real Party in Interest.

No. 82259

FILED

MAR 09 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of prohibition or mandamus challenges district court orders denying summary judgment in a legal malpractice and unjust enrichment action.

Having considered the petition and its documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Generally, we will not consider writ petitions challenging orders denying summary judgment, and we are not persuaded that any exception to the general rule

applies here. *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (discussing writ petitions challenging denials of summary judgment). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
       Kemp, Jones, LLP
       Hejmanowski & McCrea LLC
       Eighth District Court Clerk

---

[1]In light of our decision, we deny as moot petitioner's February 5, 2021, motion seeking to stay the district court proceedings.